```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   10/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

PAI YANG,

                Defendant.

-------------------------------------------------------X

18-CR-33 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Defendant Pai Yang moves the Court for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 74.)  Mr. Yang also requests that the Court appoint counsel to assist with this motion.  (ECF No. 73.)  The Court defers ruling on the request for appointment of counsel.

The Government shall respond to Defendant's motion for a sentence reduction no later than November 12, 2021.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: New York, New York
       October 26, 2021

                                                                      */s/ Kimba M. Wood*
                                                             KIMBA M. WOOD
                                             United States District Judge