```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    10/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PAI YANG,

        Movant,

-against-

UNITED STATES OF AMERICA,

        Respondent.

-----------------------------------------------------------X

22-CV-8024 (KMW)

18-CR-33 (KMW)

**ORDER TO ANSWER, 28 U.S.C. § 2255**

KIMBA M. WOOD, United States District Judge:

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

By December 2, 2022, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. If Movant wishes to respond, his response must be filed by January 31, 2023. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

    SO ORDERED.

Dated:  New York, New York
       October 3, 2022

                                                    */s/ Kimba M. Wood*
                                                   KIMBA M. WOOD
                                             United States District Judge