USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 15, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Pai Yang,

        Petitioner-Defendant.

        v.

United States of America,

        Respondent.

------------------------------------------------------------X

18-CR-033 (KMW)
22-CV-8024 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Pai Yang has moved to vacate, set aside, or correct his sentence pursuant to 28 § U.S.C. 2255 on the basis of ineffective assistance of counsel. (Pet'r's Mot., ECF No. 84.) In connection with Mr. Yang's claim that four bank accounts (the "Seized Accounts") were improperly subject to forfeiture, the Government stated that it would provide the Court with an affidavit that set forth "ample connection between the [Seized] [A]ccounts and Yang's money laundering activity[.]" (Gov't Opp'n at 11, ECF No. 86.) The Court has not received the affidavit.

    The Government is ORDERED to provide a copy of the affidavit to the Court by December 15, 2023.

    SO ORDERED.

Dated: New York, New York
       November 15, 2023

                                      */s/ Kimba M. Wood*
                                      KIMBA M. WOOD
                                   United States District Judge